UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENDOZA,<br>　　　　Petitioner,<br>　　v.<br>McDONALD,<br>　　　　Respondent. | No. CV 10-760 JVS (FFM)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: 2-12-10

_____
JAMES V. SELNA
United States District Judge